UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GRANITE STATE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>HELLMANN WORLDWIDE LOGISTICS, et al.,<br><br>          Defendants. | No. C 14-0881 JSC<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:      August 26, 2014<br>Mediator: Alex Tse |

IT IS HEREBY ORDERED that the request to excuse the party and insurer representatives from appearing in person at the August 26, 2014, mediation before Alex Tse is GRANTED. The excused parties shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

August 5, 2014                           By:  _____
Dated                                              Maria-Elena James
                                                        United States Magistrate Judge