IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE STATE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>HELLMANN WORLDWIDE LOGISTICS, INC., et al.,<br><br>    Defendants.                                    / | No. C-14-0881 JSC<br><br>**ORDER OF DISMISSAL** |

The parties having advised the Court that they have agreed to a settlement of this the above-titled action,

IT IS HEREBY ORDERED that said action be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for the settlement has not been delivered, the foregoing Order shall stand vacated and this action shall forthwith be restored to the calendar to be set for trial.

**IT IS SO ORDERED.**

Dated: September 4, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　Jacqueline S. Corley
　　　　　　　　　　　　　　　　　　　　　　　　　　Jacqueline Scott Corley
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge